# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Walters, Ross A. | USDC, SDIA | 08/23/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge- Full-Time (Recalled) | ☐ Nomination    Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☑ Amended Report | 01/01/2015 <br> to <br> 12/31/2015 |

**7. Chambers or Office Address**

United States Courthouse
123 E. Walnut, Room 425
Des Moines, IA 50309

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Trustee | Trust #2 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walters, Ross A. | 08/23/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Walters, Ross A.** | 08/23/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of America | Mortgage on personal residence of family member | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walters, Ross A. | 08/23/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Principal Ins. Cos. - IRA -- LifeTime 2020 Fund | E | Int./Div. | N | T | | | | | |
| 2. Principal Ins. Cos. - Common Stock | A | Dividend | J | T | | | | | |
| 3. Pfizer Common Stock | A | Dividend | J | T | | | | | |
| 4. Oppenheimer Capital Appreciation Fund Class A - IRA | A | Dividend | J | T | | | | | |
| 5. Wells Fargo Bank - IRA | A | Interest | J | T | | | | | |
| 6. Iowa Retirement Investors Club 403B Plan (Mass Mutual) | A | Dividend | | | | | | | |
| 7. Principal Ins. Cos. - IRA -- SAM Balanced Portfolio Fund | A | Dividend | K | T | | | | | |
| 8. Trust #1 | | | | | | | | | |
| 9. --Energy Trf. Partners, L.P. | A | Distribution | J | T | Sold (part) | 05/22/15 | J | A | |
| 10. --Harbor Int'l Fund Inst. | A | Dividend | K | T | Buy (add'l) | 05/22/15 | J | | |
| 11. --Pimco Total Return Fd. Inst. | C | Dividend | K | T | Sold (part) | 05/22/15 | K | A | |
| 12. --Principal Preferred Sec. Fd. | C | Dividend | L | T | Buy (add'l) | 05/26/15 | J | | |
| 13. --Vanguard Inflation Protected Fd. | A | Dividend | K | T | Sold (part) | 05/22/15 | K | A | |
| 14. --Vanguard Index Trust Small Cap | A | Dividend | K | T | Buy | 05/27/15 | K | | |
| 15. --Prudential Jennison Nat. Res. Fd. | A | Dividend | | | Sold | 05/22/15 | J | A | |
| 16. --Templeton Global Bond Fd. | B | Dividend | K | T | Sold (part) | 05/22/15 | J | A | |
| 17. --Third Ave. Real Estate Value Fd. | B | Dividend | K | T | Buy (add'l) | 05/27/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walters, Ross A. | 08/23/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Tortoise Energy Infra. Corp. | C | Dividend | K | T | Buy (add'l) | 05/27/15 | J | | |
| 19. --Vanguard Index Fds. Lg. -Cap ETF | B | Dividend | L | T | Sold (part) | 05/22/15 | J | C | |
| 20. --SPDR Ser Tr S&P Div. ETF | B | Dividend | K | T | Sold (part) | 05/22/15 | J | A | |
| 21. --IvyHigh Inc. Fund Class I | B | Dividend | K | T | Buy (add'l) | 05/22/15 | J | | |
| 22. --Lord Abbott Short Duration Fd. Class F | A | Dividend | | | Sold (part) | 04/15/15 | J | A | |
| 23. | | | | | Sold | 05/22/15 | K | A | |
| 24. --Principal Midcap Blend Inst. | B | Dividend | K | T | Buy (add'l) | 05/26/15 | J | | |
| 25. --Principal High Yield Class I | D | Dividend | L | T | Buy (add'l) | 05/22/15 | J | | |
| 26. --Principal Global Diversified Inc. Fd. | C | Dividend | K | T | Buy | 05/27/15 | K | | |
| 27. --Cash (Principal Money Market) | A | Interest | J | T | | | | | |
| 28. Trust #2 | | | | | | | | | |
| 29. --Principal Gov. & High Quality Bond Fd. | C | Dividend | L | T | Sold (part) | 05/22/15 | K | B | |
| 30. --Principal Short Term Inc. Fd. | A | Dividend | K | T | Sold (part) | 05/22/15 | K | B | |
| 31. --Principal Income Fund | C | Dividend | L | T | Sold (part) | 05/22/15 | J | B | |
| 32. --Principal High Yld II Fd. | D | Dividend | L | T | Buy (add'l) | 05/27/15 | K | | |
| 33. --Principal Global Div. Inc. Fund | C | Dividend | L | T | Buy (add'l) | 05/22/15 | J | | |
| 34. --Principal SAM Flex Income Fund | D | Dividend | M | T | Buy (add'l) | 05/27/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walters, Ross A. | 08/23/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Principal Preferred Sec. Fd. | C | Dividend | L | T | Buy (add'l) | 05/27/15 | J | | |
| 36. --Insurance Contract (Principal) | | | O | W | | | | | |
| 37. --Principal Tax Exempt Fd. | B | Dividend | K | T | Buy | 05/27/15 | K | | |
| 38. --Principal Opport. Mun. Fd. | B | Dividend | K | T | Buy | 05/27/15 | K | | |
| 39. --Cash (Principal Money Market) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walters, Ross A. | 08/23/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Parts I and VII. Trust #1 is a testamentary trust. Trust #2 is an inter vivos trust. My interest in the trusts is contingent. I have no present right or ability to receive any income or principal. I have listed the trusts becuse of the trustee's management authority over trust assets.

Part VIIA(5) - Certificates of Deposit.

Part VIIA(5)(6)(7) - Commencing 6/8/15 and concluding 9/21/15 most of the Wells Fargo IRA and all of the Retirement Investors Club 403B Plan were rolled over to a new Principal IRA (Item 7).

Part VIIA(10) - This interest, originally acquired 3/20/14, was inadvertently omitted from my 2014 report.

Part VII (15, 22-23 ) - The asset was sold priot to year-end therefore had no value at the end of the reporting period.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ross A. Walters**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544